No. 90–350. FARREY, FKA SANDERFOOT *v.* SANDERFOOT.
C. A. 7th Cir. Certiorari granted.

No. 90–89. INTERNATIONAL PRIMATE PROTECTION LEAGUE
ET AL. *v.* ADMINISTRATORS OF TULANE EDUCATIONAL FUND
ET AL. C. A. 5th Cir. Certiorari granted limited to Question 1
presented by the petition.

No. 90–149. MICHIGAN *v.* LUCAS. Ct. App. Mich. Motion of
respondent for leave to proceed *in forma pauperis* granted. Cer-
tiorari granted.

No. 89–7731. SOMMER *v.* SULLIVAN, SECRETARY OF HEALTH
AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 89–7826. TURNER *v.* DISTRICT BOARD OF TRUSTEES OF
MIAMI-DADE COMMUNITY COLLEGE. C. A. 11th Cir. Certiorari
denied.

No. 90–90. HUGHES *v.* UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 90–181. MIGDALECK *v.* UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 90–196. STATE SALVAGE, INC., ET AL. *v.* SUPERIOR
COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (VAN DE
KAMP, ATTORNEY GENERAL OF CALIFORNIA, REAL PARTY IN IN-
TEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–201. COLONIAL VILLAGE, INC. *v.* SPANN ET AL.; and
No. 90–202. MOBIL LAND DEVELOPMENT CORP. *v.* SPANN
ET AL. C. A. D. C. Cir. Certiorari denied. Reported below:
283 U. S. App. D. C. 216, 899 F. 2d 24.

No. 90–206. BACKIEL *v.* UNITED STATES. C. A. 3d Cir.
Certiorari denied.

No. 90–270. BRANDT ET AL. *v.* CHALKBOARD, INC., ET AL.
C. A. 9th Cir. Certiorari denied.

No. 90–309. HART ET AL. *v.* UNITED STATES. C. A. 11th
Cir. Certiorari denied.